United States District Court
Southern District of Texas
**ENTERED**
December 12, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | |
|---|---|
| JHONATAN ALEXANDER MARTINEZ MENJIVAR § § § | |
| VS. § | CIVIL ACTION NO. 5:25-cv-230 |
| § | |
| KRISTI NOEM *et al.* § | |

## ORDER

Before the Court is Petitioner Jhonatan Alexander Martinez Menjivar's Petition for Writ of Habeas Corpus (Dkt. No. 1). Based on recent developments, the Court previously ordered the parties to file advisories addressing whether Petitioner is a member of the *Maldonado Bautista v. Santacruz, Jr.*, --- F.R.D. ---, 5:25-cv-01873-SSS-BFM, 2025 WL 3288403 (C.D. Cal. Nov. 25, 2025) certified class (Dkt. No. 3). Petitioner failed to file an advisory. Respondents, however, timely filed theirs, asserting Petitioner is not a member of the class (Dkt. No. 10 at 2).

Having reviewed the petition and given the complexity of the claims, the Court hereby **ORDERS** Respondents to file a response to the petition by **December 17, 2025**. The responsive pleading **must** specifically address whether this Court has jurisdiction to entertain this Petition. *See Rumsfeld v. Padilla*, 542 U.S. 426, 435 (2004). If Petitioner elects to file a reply, he must file it by **December 19, 2025**. *See* Rule 5(e) of the Rules Governing Section 2254 Proceedings. **Given the time sensitive nature of Petitioner's claims, no extensions will be granted.**

It is so **ORDERED**.

**SIGNED** December 12, 2025.

Marina Garcia Marmolejo
United States District Judge

1